```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 02878
     LAVERNE GATES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-1340


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/21/2006 and was confirmed 05/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   14.86%.

     The case was dismissed after confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                   CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED              .00             .00
ASPIRE                    UNSECURED          751.21             .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00             .00
CARD PROCESSING CENTER    UNSECURED      NOT FILED              .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED          165.00             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          993.78             .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1118.80             .00             .00
MERRICK BANK              UNSECURED         1643.03             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         1950.59             .00             .00
SURETY FINANCE            UNSECURED      NOT FILED              .00             .00
ROUNDUP FUNDING LLC       UNSECURED          469.45             .00             .00
TIMOTHY K LIOU            DEBTOR ATTY    2,509.20                          2,205.33
TOM VAUGHN                TRUSTEE                                            128.67
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,334.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      2,205.33
TRUSTEE COMPENSATION                                  128.67
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                    2,334.00                  2,334.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 02878 LAVERNE GATES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                                                    PAGE   2
        CASE NO. 06 B 02878 LAVERNE GATES
```